Argued and submitted February 14, affirmed as modified September 28, reconsideration allowed, former opinion (66 Or App 191, 672 P2d 1252 (1983)) adhered to as modified December 14, 1983, petition for review denied January 17, 1984 (296 Or 350)

## In the Matter of the Marriage of

### REX,
*Respondent,*
*and*

### REX,
*Appellant.*

(405-891; CA A24886)

669 P2d 387

J. Michael Alexander, Salem, argued the cause for appellant. With him on the briefs was Brown, Burt, Swanson, Lathen & Alexander, Salem.

Janet A. Metcalf, Portland, argued the cause for respondent. With her on the brief was English & Metcalf, Portland.

Before Buttler, Presiding Judge, Joseph, Chief Judge,* and Rossman, Judge.

PER CURIAM.

---

* Joseph, C. J., *vice* Warren, J.

**PER CURIAM.**

Father appeals from an order modifying the child support provisions of a decree entered in 1974. The trial court, applying the method for determining child support established in *Smith v. Smith,* 290 Or 675, 626 P2d 342 (1981), found that his monthly obligation for the support of each of the parties' two children should be increased from $150 to $342 per child. Our review of the record shows that there has been a change of circumstances sufficient to warrant modification; however, by applying the *Smith* formula to the relevant facts, we have determined that the decree should be modified to require father to pay $290 per month for the support of each child instead of the amount ordered by the trial court. The decree is modified accordingly and affirmed as modified. Costs to respondent.